

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00642-CV

Rey **ROJAS-SILVA**,
Appellant

v.

**STATE OF TEXAS FOR THE PROTECTION OF LORENA ROJAS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06892
Honorable Jason Pulliam, Judge Presiding

## O R D E R

Appellant filed a third motion to extend time to file appellant's brief, asking for an additional twenty days to file the brief. We **GRANT** the motion and **ORDER** appellant to file appellant's brief on or before February 17, 2014. We note that appellant did not include a certificate of conference with his motion as required by the Texas Rules of Appellate Procedure. Tex. R. App. P. 10.1(a)(5). We advise appellant that he must comply with Rule 10.1(a)(5) with regard to all future filings.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court